UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAN R. RICHARDSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR CO.,<br><br>                    Defendant. | NO:  12-CV-0206-TOR<br><br>ORDER DISMISSING CASE |

BEFORE THE COURT is the parties' Joint Notice of Decision (ECF No. 29) filed pursuant to the Court's July 26, 2013 Order Granting in Part and Denying in Part Defendant's Motion to Compel Arbitration (ECF No. 26).  In their Joint Notice, the parties request that the Court dismiss this case and order Plaintiff to initiate arbitration within 90 days.  Having reviewed the arbitrator's decision concerning the arbitrability of Plaintiff's claims, the Court finds that dismissal is appropriate.

ORDER DISMISSING CASE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' Joint Notice of Decision (ECF No. 29), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party. Plaintiff shall initiate arbitration as to any claims raised in this action no later than ninety (90) days from the date of this Order.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 13, 2013.



THOMAS O. RICE
United States District Judge